ing Company. L. Weinschenk, for appellant. C. A. Brodek, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

HOUGHTON, J., dissents.

McCRYSTAL, Respondent, v. McENANY et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Ellen McCrystal against Nicholas McEnany and others.

PER CURIAM. Judgment affirmed, with costs.

HIRSCHBERG, P. J., not voting.

McCULLOUGH v. McCREADY et al. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by Joseph J. McCullough against Charles McCready and another. No opinion. Motion denied, with $10 costs. Order filed.

MACDONALD v. DAVIDSON et al. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by Ryland H. Macdonald against John A. Davidson and others. No opinion. Motion granted, with $10 costs. Order filed.

McGAHIE, Respondent, v. FAHRENHOLZ, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by William J. McGahie against Sarah E. Fahrenholz. No opinion. Judgment of the Municipal Court affirmed, with costs.

McGUIRK, Respondent, v. CARSTEN OFFERMAN COAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Frank McGuirk against the Carsten Offerman Coal Company. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

McHUGH, Respondent, v. INTERSTATE PAVING CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1907.) Action by Maria McHugh against the Interstate Paving Company. No opinion. Motion for reargument denied, with $10 costs. See 106 N. Y. Supp. 165.

McMILLAN, Appellant, v. LEAMAN, Respondent. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by John McMillan against Leonard Leaman. A. R. Hager, for appellant. L. H. Beers, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See 101 App. Div. 436, 91 N. Y. Supp. 1055.

McNEIL, Appellant, v. LACKAWANNA STEEL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 4, 1907.) Action by Martin McNeil against the Lackawanna Steel Company. No opinion. Judgment and order affirmed, with costs.

McNULTY, Respondent, v. LUDWIG & CO., Appellants. (Supreme Court, Appellate Division, Second Department. November 22, 1907.)

Action by Bernard McNulty against Ludwig & Co. No opinion. Appellants' default opened, on condition that they put the case upon the next calendar of this court, and be ready for argument when the cause is reached, and pay the respondent $10 costs.

MAHR, Appellant, v. LIVINGSTON, Respondent. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by Caroline S. Mahr against William H. Livingston. A. Thain, for appellant. B. L. Kraus, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See 106 N. Y. Supp. 308.

MANEELY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. January 17, 1908.) Action by Francis J. Maneely against the city of New York. No opinion. Motion granted, on terms stated in memorandum. Settle order on notice. See 119 App. Div. 376, 105 N. Y. Supp. 976.

MARSHALL v. STARKEY. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by David D. Marshall against William B. Starkey. No opinion. Motion granted, with $10 costs. Order filed.

MARVIN, Appellant, v. FENTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by George H. Marvin against Jas. Fenton. No opinion. Judgment affirmed, with costs.

MARX, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Minnie Marx against the New York City Railway Company. B. H. Ames, for appellant. F. Pierce, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MASSACHUSETTS CHEMICAL CO. v. AUSTIN. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by the Massachusetts Chemical Company against George E. Austin. No opinion. Motion granted, with $10 costs. Order filed.

MATHES et al., Respondents, v. McCARTHY, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Benjamin C. Mathes and others against Ella C. McCarthy.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and ROBSON, JJ., dissent.

MATTHEWS, Respondent, v. HOFFMEISTER, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Samuel L. Matthews against Alfred Hoffmeister.

PER CURIAM. Plaintiff does not ask for specific performance. Order reversed, with $10 costs and disbursements, and motion granted, with costs, upon the authority of Klim v. Sachs, 102 App. Div. 44, 92 N. Y. Supp. 107, and